# 4-21CR-194-0

**Transfer of Jurisdiction**

| | Case Number (Trans. Court) |
| --- | --- |
| | 7:20CR00152-002 |
| | Case Number (Rec. Court) |
| | MLH |

| Name Of Probationer/Supervised Releasee | District | Division |
| --- | --- | --- |
| **Mikala Goppfarth** | Western District Of Texas | Midland/Odessa |
| | Name of Sentencing Judge | |
| | The Honorable Ronald C. Griffin, U.S. Magistrate Judge | |
| | Dates Of Probation/ Supervised Release | From: October 5, 2020 — To: October 4, 2023 |

Conspiracy to Possess A Controlled Substance, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 844

## PART 1 - ORDER TRANSFERRING JURISDICTION

U.S. District Court For The **Western District Of Texas, Midland/Odessa Division**

IT IS HEREBY ORDERED that pursuant to 18 USC § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the U.S. District Court for the **Northern District of Texas, Fort Worth Division** upon that Court's order of acceptance of jurisdiction.

This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7-9-21
Date

United States Magistrate Judge, Ronald C. Griffin

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

U.S. District Court For The **Northern District of Texas, Fort Worth Division**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

7/20/21
Effective Date

United States District Judge

# UNITED STATES DISTRICT COURT
### PROBATION AND PRETRIAL SERVICES
### NORTHERN DISTRICT OF TEXAS



**BUD ERVIN**
CHIEF

**WAYNE MCKIM**
DEPUTY CHIEF

**KEN MAYS**
**STEPHANIE ROPER**
ASSISTANT DEPUTY CHIEFS

July 15, 2021

**1100 Commerce Street**
**Room 1329**
**Dallas, TX 75242**
**214-288-0625**
www.txnp.uscourts.gov

The Honorable Jeffrey L. Cureton
U.S. Magistrate Judge
501 West 10th Street, Room 520
Fort Worth, Texas 76102

RE: **Goppfarth, Mikala**
**Case No.: To Be Assigned**
**<u>Transfer of Jurisdiction Request</u>**

Dear Judge Cureton:

On October 5, 2020, Mikala Goppfarth was sentenced in the Western District of Texas, Midland-Odessa Division, by U.S. Magistrate Judge Ronald C. Griffin, to 3-years probation for the offense of Conspiracy to Possess a Controlled Substance, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 844, a Class A misdemeanor. Ms. Goppfarth began her term of probation in the Western District of Texas on October 5, 2020 and her expiration date is October 4, 2023.

On February 12, 2021, Ms. Goppfarth was ordered to reside in a residential reentry center in Midland, Texas, after she admitted buying and using methamphetamine, failing to undergo a mental health assessment and being present in a residence where a narcotics search warrant was executed. Ms. Goppfarth entered the residential reentry center, Dismas Charities, on March 4, 2021, and has actively participated in substance abuse treatment program. She is expected to successfully complete substance abuse treatment and be released from the halfway house on July 13, 2021.

Ms. Goppfarth has no remaining ties to the Western District of Texas and she has requested to relocate to the Northern District of Texas, Fort Worth Division, to reside with her mother and extended family, in Weatherford, Texas, where she intends to remain for the duration of her term of supervision. The Western District of Texas, Midland-Odessa Division, has agreed to transfer jurisdiction. It is respectfully recommended that Jurisdiction in Western District of Texas Case No. 7:20-CR-00152(2) be accepted by the Northern District of Texas, Fort Worth Division. Attached is a copy of the Transfer of Jurisdiction Order for the Court's consideration.

Respectfully Submitted,                                    Approved,


s/Kathleen Lamour                                         s/Bradley Holmes
U.S. Probation Officer                                    Supervising U.S. Probation Officer
Fort Worth, Texas                                         Fort Worth, Texas
214-288-0625                                              214-287-6993